# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**VINCENT LEE WALKER,**

        **Plaintiff,**

v.                                                                                                  Case No. 21-3136-SAC

**DOUGLAS COUNTY SHERIFF'S OFFICE,**
**(FNU) ORMSBY, (FNU) BLUE and (FNU)**
**LADKE,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed.

Entered on the docket 11/19/21

**Dated:  November 19, 2021**        SKYLER B. O'HARA
                                                CLERK OF THE DISTRICT COURT


                                                **s/S. Nielsen-Davis**
                                                **Deputy Clerk**